UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES JENKINS,<br><br>        Plaintiff,<br><br>    v.<br><br>DANIEL RUBY,<br><br>        Defendant. | Case No. 1:25-cv-01971-JLT-HBK<br><br>ORDER DIRECTING COMPLETION OF APPLICATION TO PROCEED *IN FORMA PAUPERIS* OR PAY $405.00 FILING FEE<br><br>THIRTY-DAY DEADLINE |

      Plaintiff commenced this action on December 22, 2025 by filing a pro se civil complaint. (Doc. No. 1). Plaintiff did not accompany his complaint with the $405.00 filing fee or an application to proceed *in forma pauperis* under 28 U.S.C. § 1915. This case may not proceed further unless Plaintiff pays the filing fee or makes the necessary showing to be granted permission to proceed *in forma pauperis*.

      Accordingly, it is **ORDERED**:

1. The Clerk of the Court is directed to forward an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239 to Plaintiff.

2. Within thirty (30) days of the date on this order, Plaintiffs shall either (1) pay the $405.00 filing fee for this action, or (2) complete and file the enclosed Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239.

3. If Plaintiff fails to comply with this order, this action shall be dismissed for failure to

pay the filing fee and failure to comply with a court order as a sanction under Local Rule 110.

Dated:   December 23, 2025

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE