UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES JENKINS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DANIEL RUBY,<br><br>　　　　　Defendant. | Case No. 1:25-cv-01971-JLT-HBK<br><br>ORDER DIRECTING ISSUANCE OF NEW CASE DOCUMENTS |

　　　　Plaintiff, who proceeds pro se, paid the $405.00 filing fee (receipt no. 100006771) on January 5, 2026.

　　　　Accordingly, it is ORDERED:

　　　　The Court DIRECTS the Clerk of Court to issue new case documents including: (1) summons, (2) Order re Consent or Request for Reassignment, (3) notice and form of consent/decline to proceed before a magistrate judge; and (4) scheduling order.

Dated:  January 6, 2026

_/s/ Helena M. Barch-Kuchta_
HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE