UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES JENKINS,

         Plaintiff,

   v.

DANIEL RUBY,

         Defendant.

Case No.  1:25-cv-01971-JLT-HBK

ORDER GRANTING EXTENSION OF TIME TO EFFECTUATE SERVICE UNDER FEDERAL RULE OF CIVIL PROCEDURE 4(M)

ORDER RESETTING INITIAL SCHEDULING CONFERENCE

Plaintiff, who proceeds pro se on his civil right complaint and paid the $405.00 filing fee appeared at the Initial Scheduling Conference on April 9, 2026 and orally moved for an extension of time to effectuate service upon Defendant.  (Doc. 7).  The Court grants the oral motion.

Federal Rule of Civil Procedure 4(m) requires a plaintiff to serve a defendant within 90 days of filing the complaint.  The time may be extended for good cause shown.  If a defendant is not served within the requisite time, after notice to plaintiff, the court must dismiss the action without prejudice, or order that service be made within a certain time period.  (*Id.*) (emphasis added).  Here, more than 90 days have passed and Defendant Ruby has not been served a copy of the complaint and summons.  Plaintiff explains, as reflected in the return of service, that Defendant Ruby is no longer employed by the Sanger Police Station.  (See Doc. 6).  The Court will grant Plaintiff a further extension of 90 days to serve Defendant Ruby with the complaint and

summons in this action.

Accordingly, it is ORDERED:

1. The Court GRANTS Plaintiff an extension of time until July 8, 2026 to effectuate service upon Defendant Ruby.

2. The Court reschedules the mandatory Initial Scheduling Order to September 10, 2026 at 11:00 A.M.

3. The Parties shall file a Joint Scheduling Report no later than August 27, 2026.

Dated:    April 13, 2026

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2