UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES JENKINS,

Plaintiff,

v.

DANIEL RUBY,

Defendant.

Case No. 1:25-cv-01971-JLT-HBK

ORDER DENYING MOTION FOR COURT HEARING AS MOOT

(Doc. 9)

ORDER TO SERVE PROCESS ON DEFENDANT AND VACATE INITIAL SCHEDULING CONFERENCE

Plaintiff proceeds pro se in this civil rights action, which was filed on December 22, 2025. (Doc. 1). Plaintiff paid the $405 filing fee. On April 9, 2026, the Court advised Plaintiff of Federal Rule of Civil Procedure 4(m), granted him an extension of time until July 8, 2026, to serve Defendant Ruby with the summons and complaint and file proof of service,[1] and reset the initial scheduling conference to September 10, 2026. (Doc. 8). As of today, Plaintiff has not filed proof of service on Defendant.

The Court has received Plaintiff's recent correspondence concerning alleged surveillance, including vehicles following him, helicopters and aircraft flying over his home, and possible interception of his telephone. (Doc. 9). Plaintiff also requests an in-person appearance at the

[1] Service of summons was returned as unexecuted on February 13, 2026. (Doc. 6).

initial scheduling conference. (*Id.*). The Court understands that Plaintiff finds these matters serious and concerning. However, the Court cannot investigate, verify, or provide relief regarding those allegations in this civil action. Plaintiff's filings must be directed to the claims and procedural matters properly before the Court and must comply with the Federal Rules of Civil Procedure and the Court's Local Rules.

The complaint in this action was filed more than seven months ago. The Court previously advised Plaintiff of his obligation to serve the summons and complaint under Rule 4(m) and granted a generous extension of time to do so. (Doc. 8). Plaintiff is reminded that he remains responsible for serving Defendant Ruby and filing proof of service as required by Rule 4(m). In light of the prior warning and extension, the Court grants Plaintiff one final extension of time to complete service.

Accordingly, IT IS ORDERED:

1. Plaintiff shall complete service on Defendant Ruby and file proof of service no later than September 11, 2026.
2. If Plaintiff fails to complete service and file proof of service by that deadline, or fails to show good cause or another legally sufficient basis for additional relief under Rule 4(m), this action will be dismissed without prejudice as to the unserved Defendant, without further notice.
3. The September 10, 2026 initial scheduling conference (Doc. 8), and all related deadlines are VACATED.
4. Plaintiff's motion for a court hearing (Doc. 9) is DENIED as MOOT.

Dated: August 6, 2026

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE