**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

JAMES JENKINS,

Plaintiff,

v.

DANIEL RUBY,

Defendant.

Case No. 1:25-cv-01971 JLT HBK

ORDER ADOPTING FINDINGS AND RECOMMENDAITONS, DISMISSING ACTION FOR FAILURE TO SERVE, AND DIRECTING THE CLERK OF COURT TO CLOSE THIS CASE

(Doc. 11.)

James Jenkins asserts that Daniel Ruby, a former police officer in Sanger, California, violated his civil rights. (*See* Doc. 1.) Although the Court granted two extensions of time for Plaintiff to effectuate service, Plaintiff failed to serve Defendant as required under Rule 4(m) of the Federal Rules of Civil Procedure. (Doc. 11 at 2.) Therefore, the magistrate judge found dismissal of Defendant was appropriate. (*Id.* at 3.) The magistrate judge also determined that because there was only one defendant, dismissal of the entire action without prejudice was appropriate. (*Id.*)

The Court served the Findings and Recommendations on Plaintiff and notified him that any objections were due within 14 days. (Doc. 11 at 3.) The Court advised him that the "failure to file any objections within the specified time may result in the waiver of certain rights on appeal." (*Id.* at 3-4, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014).) Plaintiff did not file objections, and the time to do so has passed.

According to 28 U.S.C. § 636(b)(1), this Court performed a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The Findings and Recommendations dated October 5, 2026 (Doc. 11) are **ADOPTED** in full.
2. Defendant Ruby is **DISMISSED** without prejudice under Rule 4(m) of the Federal Rules of Civil Procedure.
3. The action is **DISMISSED** without prejudice.
4. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: November 2, 2026

UNITED STATES DISTRICT JUDGE